# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODIS WILEY JR, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CJ BERRY WELL SERVICES MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00756-JLT-CDB<br><br>**ORDER REASSIGNING THE ACTION**<br><br>New Case No. 1:24-cv-00756-CDB |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Docs. 8, 9.)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Christopher D. Baker for all further proceedings.  All further papers filed in this action shall bear the new case number: **1:24-cv-00756-CDB**.

IT IS SO ORDERED.

　Dated:　__September 26, 2024__　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE